Electronically Filed
Intermediate Court of Appeals
30547
28-FEB-2012
08:35 AM

NO. 30547

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


CHARLES DAVID BOYD, Plaintiff-Appellant/Cross-Appellee,
v.
THE UNIVERSITY OF HAWAI'I, a body corporate, MARLA BERRY,
ROSANNE HARRIGAN, PING AN LI, SAMUEL SHOMAKER,
GARY OSTRANDER, KENNETH KIPNIS, VISSILIS SYRMOS,
Defendants-Appellees/Cross-Appellants,
and
JOHN AND JANE DOES 1-20 and DOE INSTITUTES 1-5, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 08-1-0989)


ORDER DENYING PLAINTIFF-APPELLANT/CROSS-APPELLEE'S
MOTION FOR RECONSIDERATION
OF MEMORANDUM OPINION
(By: Foley, Presiding J., Fujise and Ginoza, JJ.)


Upon consideration of Plaintiff-Appellant/Cross-Appellee's February 23, 2012, Motion for Reconsideration of the Intermediate Court of Appeals' Memorandum Opinion filed on February 13, 2012, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED:   Honolulu, Hawaii, February 28, 2012.

On the motion:

Charles Boyd
Plaintiff-Appellant/
Cross-Appellee pro se.

Presiding Judge

Associate Judge

Associate Judge

2